ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER H. LYONS, #034853
HENRY S. BATOR, #040431
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)
clyons@rgrdlaw.com
hbator@rgrdlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CAMBRIA COUNTY EMPLOYEES RETIREMENT SYSTEM and MICHAEL A. ROBERTS,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FORWARD AIR CORPORATION, RONALD W. ALLEN, ANA AMICARELLA, VALERIE A. BONEBRAKE, C. ROBERT CAMPBELL, R. CRAIG CARLOCK, G. MICHAEL LYNCH, GEORGE S. MAYERS JR., CHITRA NAYAK, JAVIER POLIT, THOMAS SCHMITT, and LAURIE A. TUCKER,<br><br>                    Defendants. | Civil Action No. 2:24-CV-00103<br><br>MOTION OF PLAINTIFFS CAMBRIA COUNTY EMPLOYEES RETIREMENT SYSTEM AND MICHAEL A. ROBERTS TO REMAND ACTION TO STATE COURT<br><br>ORAL ARGUMENT REQUESTED |

Plaintiffs Cambria County Employees Retirement System and Michael A. Roberts, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1453, request that this Court enter an order remanding this case to the Chancery Court for Greeneville County, Tennessee. As set forth in the Memorandum of Law filed herewith, the Court lacks subject matter jurisdiction over Plaintiffs' claims.

This Motion is based on the accompanying Memorandum of Law in support thereof, and such other pleadings and matters this Court may properly consider. Plaintiffs respectfully request oral argument on this Motion to Remand.

DATED: July 15, 2024

OF COUNSEL:

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com

GRANT & EISENHOFER P.A.
MICHAEL J. BARRY
VIVEK UPADHYA

123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: 302/622-7000
302/622-7100 (fax)
mbarry@gelaw.com
vupadhya@gelaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER H. LYONS, #034853
HENRY S. BATOR, #040431

*s/ Christopher H. Lyons*
CHRISTOPHER H. LYONS

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
clyons@rgrdlaw.com
hbator@rgrdlaw.com

COLLINS SHIPLEY, PLLC
THOMAS J. WRIGHT, #010695
COREY B. SHIPLEY #032772
102 South Main Street
Greeneville, TN 37743
Telephone: 423/972-4388
423/972-4387 (fax)

Attorneys for Michael A. Roberts and Cambria County Employees Retirement System

- 1 -