# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## OFFICE OF THE CLERK

March 31, 2025

LeAnna Wilson
Clerk of the Court

800 Market Street, Suite 130
Knoxville, TN 37902

Christopher C. Field
Chief Deputy Clerk

(865) 545-4228

TN Chancery Court for the Third Judicial District
100 E. Main Street, Suite 316
Rogersville, TN 37857

RE:    Cambria County Employees    v.    Forward Air Corp et al.; 2:24-cv-103

To Whom It May Concern:

The above styled case has been remanded to you pursuant to an Order of this Court signed by United States District Judge Clifton L. Corker on March 31, 2025.   Enclosed please find a certified copy of the Final Order remanding this case and also a certified copy of the entire docket sheet.   Please date stamp the enclosed copy of this letter and return it in the envelope provided.

Sincerely,

LeAnna Wilson, Clerk


BY: s/A. Foster_____
        Deputy Clerk
/abf
Enclosures